COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
 IN RE:  JAIME LUEVANO,
  
                             Relator.
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
  
  
 No. 08-04-00036-CR
  
 AN ORIGINAL PROCEEDING
  
 IN MANDAMUS
 
 




 

MEMORANDUM
OPINION

Relator Jaime Luevano
seeks a writ of mandamus to compel the district clerk to return motions that he
has filed in the trial court.  We have no
authority to issue a writ of mandamus to the district clerk in this case.  See Tex.
Gov=t Code Ann. ' 22.221(a),(b)
(Vernon Supp. 2004).  The petition for
writ of mandamus is denied.

 

SUSAN
LARSEN, Justice

February 19, 2004

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.

 

(Do Not Publish)